MCCLOSKY, APPELLANT, *v.* REGAL MINING, INC.; ADMINISTRATOR, BUREAU OF WORKERS' COMPENSATION, ET AL., APPELLEES.

[THE STATE EX REL.] TARR *v.* ADMINISTRATOR, BUREAU OF WORKERS' COMPENSATION, ET AL.

[Cite as *McClosky v. Regal Mining, Inc.* (1997), 78 Ohio St.3d 171.]

(Nos. 95–2635 and 96–304—Submitted March 4, 1997—Decided April 16, 1997.)

*Cross & Rose Co., L.P.A.,* and *Richard S. Dodson, Jr.,* for appellant in case No. 95–2635.

*Betty D. Montgomery,* Attorney General, *Simon B. Karas,* Deputy Chief Counsel, and *William A. Thorman III,* Assistant Attorney General, for appellees

Administrator, Bureau of Workers' Compensation, and Industrial Commission of Ohio in case No. 95–2635.

*Joseph R. Compoli, Jr.*, and *Mark S. Telich*, for relator in case No. 96–304.

*Betty D. Montgomery*, Attorney General, and *Gerald H. Waterman*, Assistant Attorney General, for respondents in case No. 96–304.

---

The judgment of the court of appeals in case No. 95–2635 is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *Afrates v. Lorain* (1992), 63 Ohio St.3d 22, 584 N.E.2d 1175.

The complaint in mandamus in case No. 96–304 is dismissed because relator has an adequate legal remedy from the Industrial Commission's order by way of appeal to the court of common pleas. R.C. 4123.512; *Afrates v. Lorain*.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.